| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 078576) |
| | kirbywilcox@paulhastings.com |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 3 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 4 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 5 | |
| 6 | GEORGE W. ABELE (SB# 149846) |
| | georgeabele@paulhastings.com |
| 7 | JENNIFER S. BALDOCCHI (SB# 168945) |
| | jenniferbaldocchi@paulhastings.com |
| 8 | CAROLINE L. ELKIN (SB# 209156) |
| | carolineelkin@paulhastings.com |
| 9 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 515 South Flower Street |
| 10 | Twenty-Fifth Floor |
| | Los Angeles, CA 90071-2228 |
| 11 | Telephone: (213) 683-6000 |
| | Facsimile: (213) 627-0705 |

**FILED**
SEP 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1627 JM WMc

| | |
|---|---|
| STEVE MORRISON, | CASE NO. _____ |
| Plaintiff, | (Superior Court of California for the County of San Diego Case No. 37-2008-00088895-CU-OE-CTL) |
| vs. | |
| UNITED PARCEL SERVICE, INC., and DOES 1 through 25, inclusive, | **DEFENDANT UNITED PARCEL SERVICE, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| Defendants. | |

**ORIGINAL**

LEGAL_US_W # 59876844.1

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, PLAINTIFF STEVE MORRISON, AND TO PLAINTIFF'S ATTORNEYS OF RECORD, JOHN A. FURUTANI, ESQ., MARK C. PETERS, ESQ., AND THE LAW OFFICES OF FURUTANI & PETERS, LLP AND DUCKWORTH, PETERS, LEBOWITZ LLP:

Pursuant to United States District Court, Southern District, Local Rule 40.2, Defendant United Parcel Service, Inc. hereby submits its Notice of Party With Financial Interest.

The undersigned, counsel of record for Defendant United Parcel Service, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant United Parcel Service Inc. (Ohio), a corporation;

2. UPS Worldwide Forwarding, Inc., a parent corporation;

3. United Parcel Service of America, Inc., a parent corporation;

4. United Parcel Service, Inc. (Delaware), a parent corporation;

LEGAL_US_W # 59876844.1                    -1-

NOTICE OF PARTY WITH FINANCIAL INTEREST

1  5. Plaintiff Steve Morrison, an individual.

2  Dated: September 4, 2008   PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
CAROLINE L. ELKIN

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 59876844.1

-2-

NOTICE OF PARTY WITH FINANCIAL INTEREST