1  M. KIRBY C. WILCOX (SB# 078576)
   kirbywilcox@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5

6  GEORGE W. ABELE (SB# 149846)
   georgeabele@paulhastings.com
7  JENNIFER S. BALDOCCHI (SB# 168945)
   jenniferbaldocchi@paulhastings.com
8  CAROLINE L. ELKIN (SB# 209156)
   carolineelkin@paulhastings.com
9  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
10 Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
11 Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
12

13 Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.

14

15                UNITED STATES DISTRICT COURT

16              SOUTHERN DISTRICT OF CALIFORNIA

17

18 STEVE MORRISON,                    Case No. '08 CV 1627 JM WMc

19            Plaintiff,
                                      DEFENDANT UNITED PARCEL
20    vs.                             SERVICE, INC.'S CORPORATE
                                      DISCLOSURE STATEMENT
21 UNITED PARCEL SERVICE, INC.,       PURSUANT TO FEDERAL RULE
   and DOES 1 through 25, inclusive,  OF CIVIL PROCEDURE 7.1
22
23            Defendants.

24

25

26

27

28

LEGAL_US_W # 59876740.1

**FILED**
SEP 5   2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

ORIGINAL

1  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT

2  COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, PLAINTIFF

3  STEVE MORRISON, AND TO PLAINTIFF'S ATTORNEYS OF RECORD,

4  JOHN A. FURUTANI, ESQ., MARK C. PETERS, ESQ., AND THE LAW

5  OFFICES OF FURUTANI & PETERS, LLP AND DUCKWORTH, PETERS,

6  LEBOWITZ LLP:

7

8       Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant

9  United Parcel Service, Inc. provides the following certification:

10

11      United Parcel Service, Inc. (Delaware) issues stock to the public; there

12  are no publicly held companies that own 10% or more of United Parcel Service,

13  Inc.'s stock.  United Parcel Service, Inc. (Delaware) wholly owns United Parcel

14  Service of America, Inc., which wholly owns UPS Worldwide Forwarding, Inc.,

15  which wholly owns United Parcel Service, Inc. (Ohio).  United Parcel Service of

16  America, Inc., UPS Worldwide Forwarding, Inc. and United Parcel Service, Inc.

17  (Ohio) do not issue stock to the public.

18

19  Dated:  September 4, 2008   PAUL, HASTINGS, JANOFSKY & WALKER LLP

20

21      By:_____

22                  CAROLINE L. ELKIN

23      Attorneys for Defendant
        UNITED PARCEL SERVICE, INC

24

25

26

27

28