1  M. KIRBY C. WILCOX (SB# 078576)
   kirbywilcox@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5

6  GEORGE W. ABELE (SB# 149846)
   georgeabele@paulhastings.com
7  JENNIFER S. BALDOCCHI (SB# 168945)
   jenniferbaldocchi@paulhastings.com
8  CAROLINE L. ELKIN (SB# 209156)
   carolineelkin@paulhastings.com
9  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
10 Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
11 Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
12
   Attorneys for Defendant
13 UNITED PARCEL SERVICE, INC.

FILED
SEP 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

STEVE MORRISON,

                Plaintiff,

        vs.

UNITED PARCEL SERVICE, INC.,
and DOES 1 through 25, inclusive,

                Defendants.

Case No. '08 CV 1627 JM WMc

**DECLARATION OF RYAN SWIFT IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE, INC.'S NOTICE OF REMOVAL**

ORIGINAL

LEGAL_US_W # 59877283.1                                DECL. OF RYAN SWIFT ISO REMOVAL

## DECLARATION OF RYAN C. SWIFT

I, Ryan C. Swift, declare and state as follows:

1. I am employed by United Parcel Service, Inc. ("UPS") in the Legal Department in Atlanta, Georgia. My title is Attorney and Assistant Secretary. My job includes responsibilities for corporate governance of UPS. I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, could and would testify competently thereto.

2. I understand that the complaint in this action was filed in August 2008.

3. UPS is now, and was as of August 2008, incorporated in the State of Ohio, and maintains, and did maintain as of that date, its principal place of business in the State of Georgia. By principal place of business, I mean that UPS's corporate headquarters are housed in Atlanta, members of the Management Committee work in the Atlanta corporate headquarters, UPS holds itself out to the public as maintaining corporate headquarters in Atlanta, UPS maintains its corporate records and files in Atlanta, and UPS prepares and files its federal income taxes in Atlanta.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __4__ day of September, 2008 in Atlanta, Georgia.

_____
Ryan C. Swift

-1-   DECL OF RYAN SWIFT ISO REMOVAL