```
 1  M. KIRBY C. WILCOX (SB# 078576)
    kirbywilcox@paulhastings.com
 2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
 3  Twenty-Fourth Floor
    San Francisco, CA  94105-3441
 4  Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
 5

 6  GEORGE W. ABELE (SB# 149846)
    georgeabele@paulhastings.com
 7  JENNIFER S. BALDOCCHI (SB# 168945)
    jenniferbaldocchi@paulhastings.com
 8  CAROLINE L. ELKIN (SB# 209156)
    carolineelkin@paulhastings.com
 9  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    515 South Flower Street
10  Twenty-Fifth Floor
    Los Angeles, CA  90071-2228
11  Telephone:  (213) 683-6000
    Facsimile:  (213) 627-0705
12
    Attorneys for Defendant
13  UNITED PARCEL SERVICE, INC.
```

**FILED**
SEP 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MORRISON,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1 through 25, inclusive,<br>    Defendants. | Case No. '08 CV 1627 JM WMc<br><br>**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1** |

ORIGINAL

LEGAL_US_W # 59876368.1

NOTICE OF RELATED CASE

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, PLAINTIFF STEVE MORRISON, AND TO PLAINTIFF'S ATTORNEYS OF RECORD, JOHN A. FURUTANI, ESQ., MARK C. PETERS, ESQ., AND THE LAW OFFICES OF FURUTANI & PETERS, LLP AND DUCKWORTH, PETERS, LEBOWITZ LLP:

The undersigned, counsel of record for Defendant United Parcel Service, Inc. ("Defendant" or "UPS"), states that this action is related to the action *Michael Marlo v. United Parcel Service, Inc.*, Case No. CV03-4335 DDP (RZx) ("*Marlo*"), previously filed in the Central District of California.

This action is related to the previously filed *Marlo* action for the following reasons:

(a)   This action arises out of substantially similar, transactions, happenings or events as *Marlo*; and

(b)   The complex factual and legal background at issue in this action has been addressed and explored in *Marlo* and litigation of this action by a different judge would entail substantial duplication of labor.

Specifically, for example, the *Marlo* litigation was a wage-hour class action filed in 2003, challenging under California law the exempt status of certain Full-Time Supervisors at UPS (collectively, "FTSs"). The Court granted *Marlo*'s Motion For Class Certification on June 10, 2004. The legal and factual issues raised in *Marlo* have been exhaustively addressed and explored by the parties' counsel and the Court. On May 19, 2008, the Court in *Marlo* issued its Order

1  Decertifying the Class (hereafter "Decertification Order"). Following the
2  Decertification Order, several former class members in *Marlo* filed individual
3  lawsuits against UPS, including the Plaintiff in this case, which claimed that the
4  individual plaintiffs were misclassified as exempt from certain wage and hour laws
5  in California. Plaintiff Steve Morrison ("Morrison") was a former class member in
6  *Marlo*. As a former class member in *Marlo*, Morrison sought damages and
7  penalties for allegedly being misclassified as exempt. The same is alleged in this
8  case. In light of the time and energy invested by the *Marlo* Court into the class
9  claims, litigation of this individual claim by a different judge would entail
10 substantial duplication of labor.

12 Dated: September 4, 2008   PAUL, HASTINGS, JANOFSKY & WALKER LLP

14 By: _____
                    CAROLINE L. ELKIN

16 Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.