```
 1  M. KIRBY C. WILCOX (SB# 078576)
    kirbywilcox@paulhastings.com
 2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
 3  Twenty-Fourth Floor
    San Francisco, CA  94105-3441
 4  Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
 5

 6  GEORGE W. ABELE (SB# 149846)
    georgeabele@paulhastings.com
 7  JENNIFER S. BALDOCCHI (SB# 168945)
    jenniferbaldocchi@paulhastings.com
 8  CAROLINE L. ELKIN (SB# 209156)
    carolineelkin@paulhastings.com
 9  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    515 South Flower Street
10  Twenty-Fifth Floor
    Los Angeles, CA  90071-2228
11  Telephone:  (213) 683-6000
    Facsimile:  (213) 627-0705
12
    Attorneys for Defendant
13  UNITED PARCEL SERVICE, INC.
```

**FILED**
SEP 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MORRISON,<br><br>         Plaintiff,<br><br>    vs.<br><br>UNITED PARCEL SERVICE, INC.,<br>and DOES 1 through 25, inclusive,<br><br>         Defendants. | Case No. '08 CV 1627 JM WMc<br><br>**PROOF OF SERVICE** |

LEGAL_US_W # 59893275.1                                          PROOF OF SERVICE

ORIGINAL

# PROOF OF SERVICE

STATE OF CALIFORNIA      ) ss:
CITY OF LOS ANGELES AND COUNTY OF  )
LOS ANGELES              )

      I am employed in the City of Los Angeles and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is as follows: 515 S. Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071-2228.

      On September 5, 2008, I served the foregoing document(s) described as:

**NOTICE OF REMOVAL OF CIVIL ACTION**

**DECLARATION OF JENNIFER S. BALDOCCHI IN SUPPORT OF NOTICE OF REMOVAL**

**DECLARATION OF RYAN SWIFT IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE, INC.'S NOTICE OF REMOVAL**

**CIVIL COVER SHEET**

**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1**

**DEFENDANT UNITED PARCEL SERVICE, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**DEFENDANT UNITED PARCEL SERVICE, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Mark C. Peters
DUCKWORTH, PETERS, LEBOWITZ LLP
235 Montgomery St., Suite 1010
San Francisco, CA 94104

    ☒  **VIA U.S. MAIL:**

        I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on September 5, 2008 with postage thereon fully prepaid, at Los Angeles, California.

      I declare under penalty of perjury under the laws of the United States that the above is true and correct.

      Executed on September 5, 2008, at Los Angeles, California.

                                                    Francine Sheldon

## PROOF OF SERVICE

STATE OF CALIFORNIA         ) ss:
CITY OF LOS ANGELES AND COUNTY OF  )
LOS ANGELES                 )

I am employed in the City of Los Angeles and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is as follows: Nationwide Legal Inc., 207 South Broadway, 6th Floor, Los Angeles, CA 90012.

On September 5, 2008, I served the foregoing document(s) described as:

**NOTICE OF REMOVAL OF CIVIL ACTION**

**DECLARATION OF JENNIFER S. BALDOCCHI IN SUPPORT OF NOTICE OF REMOVAL**

**DECLARATION OF RYAN SWIFT IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE, INC.'S NOTICE OF REMOVAL**

**CIVIL COVER SHEET**

**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1**

**DEFENDANT UNITED PARCEL SERVICE, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**DEFENDANT UNITED PARCEL SERVICE, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

John A. Furutani, Esq.
Law Offices of Furutani & Peters, LLP
350 West Colorado Blvd., Suite 200
Pasadena, CA 91105

[X] **VIA PERSONAL DELIVERY:**
I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 5, 2008, at Los Angeles, California.

Type or Print Name                          Signature

LEGAL_US_W # 59893275.1                   -2-                           PROOF OF SERVICE